### IN the INTEREST OF: S.R.F.; Plaintiff.

**Juvenile Officer, Respondent,**

v.

**S.N.F. (Father), Appellant.**

**WD 78714**

Missouri Court of Appeals, Western District.

**ORDER FILED: February 2, 2016**

---

Marilyn Keller, Kansas City, MO, Counsel for Appellant.

Katie Rooney, Kansas City, MO, Counsel for Respondent.

Edward Moore, Kansas City, MO, Co–Counsel for Respondent.

Anastacia Adamson, Kansas City, MO, Counsel for Plaintiff.

Before Division Three: James Edward Welsh, P.J., Joseph M. Ellis, and Thomas H. Newton, JJ.

## ORDER

Per Curiam:

S.N.F. appeals an order terminating his parental rights to his minor child, S.R.F., contending that the evidence was neither sufficient to support the statutory termination grounds nor a determination that termination was in the child's best interest. We affirm. Rule 84.16(b).